IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.:   18-cv-05491 |
| | ) |
| 909 NORTH MICHIGAN AVENUE | ) Judge Guzman |
| CORPORATION, d/b/a THE WESTIN | ) |
| MICHIGAN AVENUE, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant 909 NORTH MICHIGAN AVENUE d/b/a THE WESTIN MICHIGAN AVENUE, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN                                909 NORTH MICHIGAN AVENUE d/b/a THE
                                            WESTIN MICHIGAN AVENUE

By: /s/ *Marshall J. Burt*                  By: /s/ *Mark M. Trapp*
     Counsel for Plaintiff                       Counsel for Defendant

Marshall J. Burt, Esq.                      Mark M. Trapp
The Burt Law Group, Ltd.                    Conn Maciel Carey, LLP
77 W. Washington, Ste 1300                  53 W. Jackson Blvd. Suite 1328
Chicago, IL 60602                           Chicago, Illinois 60604
312-419-1999                                (312) 809-8122
Marshall@mjburtlaw.com                      mtrapp@connmaciel.com